NATHAN L. OTTINGER and Others, Respondents, v. ARENAL REALTY CO., INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WINFIELD R. SHEEHAN, Respondent, v. WILLIAM FOX, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SCHNEIDER, Appellant, v. MAX ABRAMS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

G. E. BARRETT & CO., INC., Respondent, v. WALTER H. MESSIMER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MACK W. BEEKS, Respondent, v. RALPH B. LEONARD and Others, Appellants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEOPOLD BERGMAN, Appellant, v. FREDERICK C. KIELMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY G. ORR, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS MEYERS and SAMUEL MEYERS, Copartners, etc., Appellants, v. VICTOR H. GRAMOUNT, Defendant, Impleaded with CHELSEA BANK AND TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.